# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MEGAN BROWN, | ) |
| Plaintiff, | ) |
| | ) Case No. 12-CV-587-JED-PJC |
| v. | ) |
| STANLEY GLANZ, | ) |
| Defendant. | ) |

## OPINION AND ORDER

This is an employment discrimination action in which plaintiff alleges violations of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1983, on the basis of alleged race and sex discrimination. The Court previously granted defendant's motion to dismiss the plaintiff's initial pleading, but permitted plaintiff to file an amended complaint in order to cure pleading deficiencies with respect to some claims. (*See* Opinion and Order, Doc. 23). Plaintiff filed an Amended Complaint. (Doc. 24). Defendant has moved to dismiss the Amended Complaint. (Doc. 25).

The Court has reviewed all dismissal briefing (Doc. 25, 26, 27) and has examined the Amended Complaint. The Amended Complaint includes new allegations which, taken as true under the applicable dismissal standards, state plausible claims against the defendant in his official and personal capacities. Specifically, plaintiff has added facts which state a plausible claim for unequal pay for equal work (*see, e.g.*, Doc. 24 at ¶¶ 30, 39-42). Plaintiff has also added allegations supporting her claims against Glanz in his personal and official capacities (*see, e.g., id.* at ¶¶ 40, 46, 52, 58), although the Court agrees with defendant that those allegations are thin. Whether plaintiff's claims will survive summary judgment will be determined at a later date, following discovery.

IT IS THEREFORE ORDERED that the Motion to Dismiss Amended Complaint (Doc. 25) is **denied**. In accordance with Fed. R. Civ. P. 12(a)(4), defendant shall file an Answer within 14 days of the filing of this Opinion and Order. The parties shall file a Joint Status Report on or before **October 10, 2014**.

SO ORDERED this 9th day of September, 2014.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE